No. 03–5787. ZIEGLER *v.* MICHIGAN ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. ▮▮

No. 03–5915. SEDGWICK *v.* BANKATLANTIC ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M22. SEPULVEDA *v.* UNITED STATES;

No. 03M23. EASTON *v.* UNITED STATES;

No. 03M24. JENNINGS *v.* OREGON DRIVER AND MOTOR VEHICLE SERVICES; and

No. 03M25. AUTREY *v.* PASCAGOULA POLICE DEPARTMENT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02–271. DOW CHEMICAL CO. ET AL. *v.* STEPHENSON ET AL., 539 U. S. 111. Motion of respondents Joe Isaacson and Phyllis Lisa Isaacson to retax costs granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 02–834. JERICOL MINING INC. ET AL. *v.* NAPIER ET AL., 538 U. S. 906. Motion of respondent Eugene Napier for attorney's fee denied without prejudice to filing in the United States Court of Appeals for the Sixth Circuit.

No. 03–371. REPUBLICAN CAUCUS OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES *v.* VIETH ET AL. C. A. 3d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.